UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 3:00-CR-059-LRH-VPC |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| RONALD PAIVA | ) |
| | ) |
| Defendant. | ) |

FILED ENTERED RECEIVED SERVED ON COUNSEL/PARTIES OF RECORD
JUN 14 2018
CLERK US DISTRICT COURT DISTRICT OF NEVADA
DEPUTY

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#74), sentencing held on October 4, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: Elko Bureau of Land Management
Amount of Restitution: $23,329.57

Name of Payee: Nevada Division of Forestry
Amount of Restitution: $7,681.58

Name of Payee: Humboldt-Toiyabe National Forest
Amount of Restitution: $1,605.93

**Total Amount of Restitution ordered: $32,617.08\*\***

***Joint and Several with co-defendant Gary Jones

Dated this ____5____ day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE